WILLIAM R. WARNE (Bar No. 141280)
PHILIP T. DARKE (Bar No. 213598)
DOWNEY BRAND LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 441-2100

Attorneys for Plaintiff
ALBERT D. BOLT

TODD M. NOONAN (CA SBN 172962)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

DEBORAH S. BIRNBACH (admitted *pro hac vice*)
DAVID S. SCHUMACHER
JAMES R. SWEET
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA  02109-2881
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231

Attorneys for Defendant
MERRIMACK PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. BOLT,<br><br>  Plaintiff,<br><br>  v.<br><br>MERRIMACK PHARMACEUTICALS, INC.,<br><br>  Defendants. | CASE NO.  04-CV-893 WBS DAD<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PRETRIAL CONFERENCE DATE AND CONSOLIDATION OF HEARINGS ON THE PARTIES' SUMMARY JUDGMENT MOTIONS |

-1-

3164428
Stipulation and Proposed Order
CASE NO.  04-CV-893 WBS DAD
677285.1

1  Albert D. Bolt and Merrimack Pharmaceuticals, Inc. ("Merrimack"), by and through their
2  respective counsel, (hereinafter referred to as the "Parties"), respectfully submit this Stipulation
3  and [Proposed] Order For Extension of Pretrial Conference Date and Consolidation of Hearings
4  on the Parties' Summary Judgment Motions, pursuant to Federal Rule of Civil Procedure 16(b)
5  and the Court's July 28, 2004 Order.  The Parties request that the Court modify the pretrial dates
6  as detailed below, without changing the August 2, 2005 trial date.

7  In support of this request, the Parties aver as follows:

8  1.  The original Complaint in this matter was filed on May 5, 2004.

9  2.  The Parties have previously sought three extensions of the Pretrial Scheduling Order to
10 facilitate settlement discussions.

11 3.  The Parties have engaged in discovery, including depositions and the exchange of
12 documents and interrogatories.  Discovery between the Parties and from third parties is complete.

13 4.  The parties stipulate to hold the hearings for both parties' summary judgment motions on
14 June 13, 2005.  Defendant's motion had bee noticed for June 27, 2005.

15 5.  The consolidation of the hearings on the summary judgment motions and the extension on
16 the Pretrial Conference date are being sought to allow sufficient time for the Court to hear
17 argument and rule upon the parties' respective summary judgment motions prior to the Pretrial
18 Conference, as well as the deadlines associated with the conference.

19 6.  Therefore, the current and proposed pretrial schedule, in pertinent part, is as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Summary Judgment Hearing | June 13, 2005; June 27, 2005 | June 13, 2005 – 1:30 pm |
| Pretrial Conference | June 6, 2005 | July 11, 2005 – 10:00 am |
| Trial | August 2, 2005 | August 2, 2005 – 9:00 am |

-2-

3164428
Stipulation and Proposed Order
CASE NO.  04-CV-893 WBS DAD
677285.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 13, 2005 | GOODWIN PROCTER, LLP |
| 3 | | |
| 4 | | |
| 5 | | By: /S/ Deborah S. Birnbach (authorized on 5/13/05) |
| | | Deborah S. Birnbach |
| 6 | | |
| 7 | | Attorneys for Defendant |
| | | MERRIMACK PHARMACEUTICALS, INC. |
| 8 | DATED: May 13, 2005 | LAW OFFICES OF DOWNEY BRAND LLP |

DATED: May 13, 2005                GOODWIN PROCTER, LLP

By: /S/ Deborah S. Birnbach (authorized on 5/13/05)
      Deborah S. Birnbach

Attorneys for Defendant
MERRIMACK PHARMACEUTICALS, INC.

DATED: May 13, 2005                LAW OFFICES OF DOWNEY BRAND LLP

By: /S/ William R. Warne
      William R. Warne

Attorneys for Plaintiff
ALBERT D. BOLT

It is so ORDERED.

DATED: May 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

3164428
Stipulation and Proposed Order
CASE NO. 04-CV-893 WBS DAD
677285.1