TODD M. NOONAN (CA SBN 172962)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

DEBORAH S. BIRNBACH (admitted *pro hac vice*)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: (617) 248-7602
Facsimile: (617) 790-0031

Attorneys for Defendant
Merrimack Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. BOLT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERRIMACK PHARMACEUTICALS, INC.,<br><br>　　　　Defendant. | Case No. 04-CV-893 WBS DAD<br><br>**STIPULATION RE BRIEFING RELATED TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |

WHEREAS, the parties have filed cross-motions for summary judgment, which are presently set for hearing on June 13, 2005.

WHEREAS, on May 16, 2005, concurrently with its opposition to plaintiff's motion for summary judgment, defendant Merrimack Pharmaceuticals, Inc. filed a Motion to Strike the Testimony Of Plaintiff's Expert Witness, Jeffery Rogers, and a Motion to Strike Portions of Plaintiff's Statement of Undisputed Facts, which were directed at evidence and pleadings submitted by Plaintiff Albert Bolt in support of his motion for summary judgment.

-1-

1    WHEREAS the parties have met and conferred and reached an agreement on further
2 briefing on these two motions to strike.
3    NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:
4    Plaintiff Albert Bolt's opposition/response to the motion to strike the testimony of
5 plaintiff's expert witness, Jeffery Rogers, and the motion to strike portions of plaintiff's statement
6 of undisputed facts will be filed on or before June 6, 2005, either as part of or in conjunction with
7 Plaintiff's reply brief in support of his motion for summary judgment.  No earlier response or
8 opposition need be filed by Plaintiff.  Defendant's reply brief in support of its motion for summary
9 judgment will also be filed on or before June 6, 2005.  Briefing will be complete on the parties'
10 cross-motions for summary judgment and the two motions to strike with the filing of the parties'
11 respective briefs on June 6, 2005.
12    IT IS SO STIPULATED.
13 DATED: May 24, 2005         DOWNEY BRAND LLP
14
15                              By:/S/WILLIAM R. WARNE (authorized 5/24/05)
                                      WILLIAM R. WARNE
16
                                 Attorneys for Plaintiff
17                               ALBERT BOLT
18
19 DATED: May 24, 2005         STEVENS & O'CONNELL LLP
20
21                              By:   /S/ TODD M. NOONAN
                                      TODD M. NOONAN
22
                                 Attorneys for Defendant
23                               MERRIMACK PHARMACEUTICALS, INC.
24    IT IS SO ORDERED.
25 Dated: May 27, 2005
26
                                 WILLIAM B. SHUBB
27                               UNITED STATES DISTRICT JUDGE
28                                         -2-

STIPULATION AND [PROPOSED] ORDER
CASE NO.  04-CV-893 WBS DAD