William R. Warne (CASBN 141280)
Philip T. Darke (CASBN 213598)
DOWNEY BRAND LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 441-2100

Attorneys for Plaintiff
ALBERT D. BOLT

Todd M. Noonan (CASBN 172962)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Deborah S. Birnbach (SBN 628243)
David S. Schumacher (SBN 647917)
James R. Sweet (SBN 646804)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Attorneys For: Defendant
MERRIMACK PHARMACEUTICALS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT D. BOLT<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MERRIMACK PHARMACEUTICALS, INC.<br><br>　　　　Defendant. | Case No. S-04--893 WBS DAD<br><br>**STIPULATION FOR CONSOLIDATION OF HEARINGS ON MERRIMACK PHARMACEUTICALS, INC.'S MOTION TO STAY AND ALBERT D. BOLT'S MOTION FOR FURTHER RELIEF; PROPOSED ORDER**<br><br>Date:　　September 19, 2005<br>Time:　　1:30 p.m.<br>Location:　Courtroom 5<br>　　　　　Hon. William B. Shubb |

Plaintiff Albert D. Bolt ("Bolt") and Defendant Merrimack Pharmaceuticals, Inc. ("Merrimack"), by and through their respective counsel ("the parties"), respectfully submit this

1

Stipulation for Consolidation of Hearings on Merrimack's Motion to Stay Execution of Judgment Pending Appeal Without a Bond or in the Alternative With a Bond and Bolt's Motion for Further Relief Under 28 U.S.C. § 2202.  Following this Court's June 17, 2005, Declaratory Judgment and Memorandum and Order re: Cross-Motions for Summary Judgment, Merrimack noticed its motion for August 1, 2005 and Bolt noticed his motion for August 22, 2005.  The parties stipulate that both of these motions will be heard on September 19, 2005.

Dated:  July 29, 2005

*/s/ William R. Warne*
William R. Warne
DOWNEY BRAND LLP

Attorney for Plaintiff
ALBERT D. BOLT

*/s/ Deborah S. Birnbach*
Deborah S. Birnbach (SBN: 628243)
GOODWIN PROCTER LLP

Attorney for Defendant
MERRIMACK PHARMACEUTICALS, INC.

IT IS SO ORDERED.

Dated: August 1, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR CONSOLIDATION OF HEARINGS ON MERRIMACK PHARMACEUTICALS, INC.'S MOTION TO STAY AND ALBERT D. BOLT'S MOTION FOR FURTHER RELIEF; PROPOSED ORDER