# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BOLT | Case No.S-04-893 WBS DAD |
| Plaintiff, | **[ORDER** |
| vs. | |
| MERRIMACK PHARMACEUTICALS, INC. | |
| Defendant. | |

This matter having come before the Court upon the parties Joint Application for Order Shortening Time on Plaintiff Albert D. Bolt's Motion for Certification of this Court's June 17, 2005, Judgment and September 21, 2005, Order Granting Further Relief under 28 U.S.C. § 2202 for Registration in the District of Massachusetts, and Merrimack Pharmaceuticals, Inc.'s Motion for Stay and Approval of Security Pending Appeal, and the Court, being duly advised on the merits, finds said Application well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion for Stay and Approval of Security Pending Appeal and Plaintiff's Motion for Certification of this Court's June 17, 2005, Judgment and September 21, 2005, Order Granting Further Relief under 28 U.S.C. § 2202 for Registration in the District of Massachusetts shall be heard on  Nov. 28, 2005 at 1:30 p.m. Plaintiff's Opposition to Defendant's Motion shall be due on  Nov. 21, 2005.. Plaintiff's Reply Brief shall be due on  Nov. 21, 2005.  It is further ORDERED that counsel for Merrimack may participate in this hearing via telephone, with no prejudice to counsel for Bolt's right to appear in person.

PDF created with pdfFactory trial version www.pdffactory.com

1  SO ORDERED

2  _____
   WILLIAM B. SHUBB
3  UNITED STATES DISTRICT JUDGE

4  Dated: November 18, 2005

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com